DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV 89101
(702) 388-6336 /Fax (702) 388-6698

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) 2:12-cr-014-KJD-CWH |
| vs. | )<br>) |
| | ) MOTION TO UNSEAL |
| | ) CRIMINAL INDICTMENT AND |
| AUGUSTINE JOSE DAVALOS, JR. | ) PROCEEDINGS |
| | ) |
| Defendant. | ) |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and respectfully moves this Court to unseal both the Criminal Indictment, as well as the entire case and proceedings in the instant matter. The Indictment was sealed due to the fact that the Defendant was not apprehended. Defendant has since been apprehended and made his initial appearance in this District. As such, the need for sealing no longer exists.

DATED this 10th day of April, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Amber M. Craig*
AMBER M. CRAIG
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 11, 2012

## CERTIFICATE OF SERVICE

I, AMBER M. CRAIG, do hereby certify that on April 10, 2012 a copy of the attached MOTION TO UNSEAL CRIMINAL INDICTMENT AND PROCEEDINGS was sent by electronic mail to the person hereinafter named, at the place and address stated below, which is the last known address:

    Addressee:    Rebecca Rosenstein, AFPD
                            Counsel for defendant DAVALOS, JR.

*/s/ Amber M. Craig*
AMBER M. CRAIG